IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| CAROL A. PIERCE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 10-06086-CV-SJ-DW-SSA |
| MICHAEL J. ASTRUE, | ) |
| Defendant. | ) |

**JUDGMENT IN A CIVIL CASE**

☐  Jury Verdict.  This action came before the Court for a trial by jury.

☒  Decision by Court.  This action came to trial or hearing before the Court.

The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the Order entered by the

Honorable Dean Whipple on 5/17/2011, that the Commissioner's decision is AFFIRMED.

AT THE DIRECTION OF THE COURT

Dated: 5/18/2011            ANN THOMPSON
                            Court Executive

                            /s/J. Baldwin
                            By: Joella Baldwin, Deputy Clerk